UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN TAGGART<br><br>                               Plaintiff,<br><br>- against -<br><br>ROBERT BURKE ASSOCIATES INC.<br><br>                              Defendant. | Docket No. 1:23-cv-00642-JSR |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, upon this Notice of Motion; the declaration of James H. Freeman and exhibits attached thereto, the Statement of Damages, and the pleadings and prior proceedings herein; Plaintiff John Taggart will move the Court, before the Honorable Jed S. Rakoff (U.S.D.J.) at the United States District Court, Southern District of New York, 500 Pearl Street, New York, NY 10007, in Courtroom 14-B, at a time and place determined by the Court for an Order GRANTING Plaintiff's application for default judgment against defendant Bad Duck Media Inc. ("Defendant") pursuant to Fed.R.Civ.P. 55(b)(2) and L.R. 55.2 in the amount of $30,000.00 in statutory damages under 17 U.S.C. § 504(c); $720.00 in fees and $440.00 costs under 17 U.S.C. §505, and for such further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that pursuant to L.R. 55.2, Defendant must respond to this Motion within 14 days of service of this Motion on Defendant by U.S. mail at Defendant's last known business address. Plaintiff may file a reply within 7 days after Defendant files its response.

1

Dated: April 5, 2023
Uniondale, New York

                                              Respectfully Submitted:

**s/jameshfreeman/**
By: James H. Freeman
SANDERS LAW GROUP
333 Earle Ovington Blvd., Ste. 402
Uniondale, NY
(516) 203-7600
jfreeman@sanderslaw.group

*Counsel for Plaintiff*

TO:

ROBERT BURKE ASSOCIATES INC.
3 Park Ave., 27th Floor
New York, NY 10016

*Defendant*